Argued and submitted September 5, conditional reinstatement approved September 26, 2002

In the Matter of the Application of

## ORRIN R. ONKEN,
*Applicant,*
for Reinstatement as an Active
Member of the Oregon State Bar.

(SC S47801)

54 P3d 123

Stacy J. Hankin, Assistant Disciplinary Counsel, Lake Oswego, argued the cause and filed the briefs for the Oregon State Bar.

Orrin R. Onken, Portland, argued the cause and filed the brief for himself.

PER CURIAM

## PER CURIAM

In this contested reinstatement proceeding, the trial panel recommended that applicant be reinstated conditionally to the practice of law. Regarding whether to reinstate applicant, we agree with the reasoning and recommendation of the trial panel. Regarding whether to impose conditions on applicant's reinstatement, we conclude that applicant only should be required to complete 45 hours of continuing legal education within one year of the date of this opinion.

Conditional reinstatement approved.